IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHROEDER, | No. 2:16-CV-0239-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| GILL PETROLEUM, INC., et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is plaintiff's motion to strike (Doc. 19). The matter is referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) because defendant Gill Petroleum, Inc., appeared in the action without counsel. A hearing was scheduled for June 22, 2016, before the undersigned in Redding, California, but the matter was submitted without oral argument after defendants failed to file any response to plaintiff's motion.

The relevant facts, as outlined by plaintiff, are apparent from the docket:

> Plaintiff filed this action alleging violations of the Americans with Disabilities Act and the Unruh Civil Rights Act on February 7, 2016. ECF-1. Plaintiff filed his First Amended Complaint on April 6, 2016. ECF-14. On April 27, 2016, Mr. Jake Albright filed an Answer with the Court on behalf of Defendant Gill Petroleum, Inc. ECF-17. Mr. Albright

1

is the property manager of the Oaks Shopping Center, which is owned by Defendant Gill Petroleum, Inc., and where the subject business, the Lakeside Market, is located.  See ECFs 14 and 17.  As of this date, no attorney has appeared on behalf of Defendant Gill Petroleum, Inc., and Mr. Albright does not appear to be an attorney licensed to practice law in the State of California. . . .

Plaintiff seeks an order striking the April 27, 2016, filing, which is a letter addressed to the "United States Courthouse" and captioned "RE: First Amended Complaint For Damages and Injunctive Relief."  The court agrees with plaintiff that the filing is improper because a corporation or other entity may appear only by an attorney.  See Local Rule 183(a); see also Rowland v. California Men's Colony, 506 U.S. 194 (1993).

A review of the docket reflects other improper filings by Mr. Albright purportedly on behalf of defendant Gill Petroleum, Inc. (see Docs. 10, 11, and 16).  These filings will also be stricken.  If no proper appearances are made on behalf of defendants within 30 days of the date of this order, plaintiff will be free to pursue whatever relief is available based on the defaults which have been entered against both named defendants (see Docs. 7 and 9).[1]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1]   Kevin Sweeney, Esq., filed an answer on behalf of defendant Gill Petroleum, Inc., on July 8, 2016.  This filing was made, however, in the absence of any order setting aside the default entered against defendant Gill Petroleum, Inc., on March 24, 2016 (Doc. 7).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to strike (Doc. 19) is granted;

2. The April 27, 2016, filing (Doc. 17) is stricken;

3. The April 1, 2016, filings (Docs. 10 and 11) are stricken;

4. The April 11, 2016, filing (Doc. 16) is stricken; and

5. The Clerk of the Court is directed to update the docket to reflect that no appearance has been made for defendant Gill Petroleum, Inc.

DATED: July 20, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE