UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHROEDER,<br><br>   Plaintiff,<br><br>   v.<br><br>GILL PETROLEUM, INC., a California Corporation; B.N. KARMA, INC., a California Corporation and DOES 1-10.,<br><br>   Defendant. | No. 2:16-cv-00239-MCE-CMK<br><br>**ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT** |

The stipulation by Plaintiff, WILLIAM SCHROEDER, and Defendant, GILL PETROLEUM, INC., by and through their attorneys of record, having been considered, the Clerk's Entry of Default against Defendant, GILL PETROLEUM, INC., is hereby set aside. Defendant, GILL PETROLEUM, INC., shall have ten days after the date of this order to file its answer to the complaint.

IT IS SO ORDERED.

Dated: August 31, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1