IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM SCHROEDER, | | No. 2:16-CV-0239-MCE-CMK |
| Plaintiff, | | |
| vs. | | ORDER |
| GILL PETROLEUM, INC., et al., | | |
| Defendants. | | |
| _____ / | | |

      Plaintiff, who is proceeding with retained counsel, brings this civil action.  On May 17, 2016, the matter was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  Because no party is currently proceeding pro se, the matter is referred back to the assigned District Judge.  See id.

      IT IS SO ORDERED.

DATED: December 9, 2016

                                                             **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE