# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SCHRODER,

     Plaintiff,

     v.

GILL PETROLEUM, INC., et al.,

     Defendants.

No. 2:16-CV-0239-MCE-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter is set for a settlement conference before the undersigned in Sacramento, California, on February 25, 2020, at 9:00 a.m.

The parties are directed to each submit a confidential settlement conference statement directly to chambers by February 18, 2020. These statements shall not be filed. Counsel shall be accompanied in person by a person able to dispose of the case or be fully authorized to settle the matter on any terms. See Local Rule 270(f)(1). Concurrent with their settlement conference statement, the parties shall execute and file the attached Waiver of Disqualification. If Waivers of Disqualification are not filed by the time provided, the settlement conference will be re-set before a different Magistrate Judge.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

       1.     The parties shall submit to chambers confidential settlement conference statements by February 18, 2020;

       2.     Counsel and parties with settlement authority shall appear in person;

       3.     Plaintiff's request to appear by telephone stand-by (ECF No. 51) is denied; and

       4.     The parties shall each file the attached Waiver of Disqualification by February 18, 2020.

Dated: February 11, 2020

 

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   WILLIAM SCHRODER,                    No.  2:16-CV-0239-MCE-DMC

12                   Plaintiff,

13        v.

14   GILL PETROLEUM, INC., et al.,

15                   Defendants.

16

17                    WAIVER OF DISQUALIFICATION

18
            Pursuant to Eastern District of California Local Rule 270(b), the parties to the
19   herein action affirmatively request that the assigned Magistrate Judge participate in the settlement
     conference and further, the parties waive any claim of disqualification to Judge Cota thereafter
20   hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and
     Eastern District of California Local Rule 302.
21

22
     DATED: _____          _____
23                                   By:  For Plaintiff(s)

24

25   DATED: _____          _____
                                     By:  For defendant(s)
26

27

28
                                          3