UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCHROEDER,<br><br>        Plaintiff,<br>    v.<br><br>GILL PETROLEUM, INC., a California Corporation; B.N. KARMA, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case: 2:16-cv-00239-MCE-DMC<br><br>**ORDER OF DISMISSAL** |

    In accordance with the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby ordered dismissed, with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

    IT IS SO ORDERED.

Dated: May 14, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE